IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HUBERT BABB,

    Plaintiff,

v.                        Case No.  3:10cv205/MCR/MD

STATE OF FLORIDA,

    Defendant.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 16, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed and the clerk is directed to close the file.

DONE AND ORDERED this 21st day of July, 2010.

                                            s/ *M. Casey Rodgers*
                                            M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE